1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD GRANGE,

            Plaintiff,

  v.

AIRVOICE WIRELESS, LLC,

           Defendant.

CASE NO. C24-5465 BHS

ORDER

13  THIS MATTER is before the Court on Magistrate Judge Theresa L. Fricke's
14  Report and Recommendation (R&R), Dkt. 4, recommending the Court dismiss this action
15  without prejudice. Judge Fricke declined to grant pro se plaintiff Todd Grange's
16  application to proceed *in forma pauperis*, supported by his proposed complaint, Dkt. 1,
17  and instead ordered him to show cause why the case should not be dismissed for failure
18  to state a claim, or to file an amended complaint by August 30, 2024. Dkt. 3. Grange did
19  neither.
20  A district judge must determine de novo any part of a magistrate judge's proposed
21  disposition *to which a party has properly objected*. It must modify or set aside any
22  portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The

ORDER - 1


district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

Grange has not objected to the R&R, and it is not clearly erroneous or contrary to law. The R&R is **ADOPTED**, Grange's application to proceed *in forma pauperis* is **DENIED**, and this case is **DISMISSED** without prejudice and without leave to amend.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 17th day of October, 2024.

BENJAMIN H. SETTLE
United States District Judge